IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEREMY J. W.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.

Case No. 3:18-cv-00585-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (ECF No. 30), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, the Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct.

    Magistrate Judge Clarke's Report and Recommendation (ECF No. 30) is adopted in full. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

    DATED this _5th_ day of March, 2020.

                                                  /s/ Michael J. McShane
                                                      Michael McShane
                                                United States District Judge